UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **FRANKIE REEVES** | **CIVIL ACTION NO. 22-cv-5549** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **KEYSTONE R V CO ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 14] previously filed herein, and having thoroughly reviewed the record, noting the lack of objections thereto, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED**, **ADJUDGED, AND DECREED** that Defendants' Motion to Dismiss or Transfer for Improper Venue [Doc. No. 7] is **DENIED**.

THUS DONE AND SIGNED at Monroe, Louisiana, this the 1st day of September 2023.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**